UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,	Case No. 2:19-cr-21

    Plaintiff,	Hon. Robert J. Jonker
	Chief U.S. District Judge

v.

RICHARD ERIC BURDEN,

    Defendant.
_____/

## ORDER OF DETENTION

Defendant Richard Burden appeared before the undersigned by video conference with Defendant's consent on August 2, 2021, for an initial appearance after his arrest on the Probation Petition for Offender Under Supervision. (ECF No. 34.) Burden was advised of his rights and the alleged violations, as required by Fed. R. Crim. P. 32.1. Attorney Beth LaCosse was appointed to represent Burden.

Defendant reserved the right to a detention hearing. Once Defense counsel has had an opportunity to discuss these violations with Defendant, she will contact the Court to ask for a detention, preliminary or final revocation hearing.

Accordingly, the Court orders Defendant Burden detained pending further proceedings.

    IT IS ORDERED.

Date:  August 5, 2021	/s/ *Maarten Vermaat*
	MAARTEN VERMAAT
	U.S. MAGISTRATE JUDGE